UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

KHAWAJA MUHAMMAD FAROOQ,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 19-MJ-70

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Amy Busa, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
            January 29, 2019

                                               HONORABLE VERA M. SCANLON
                                               UNITED STATES MAGISTRATE JUDGE
                                               EASTERN DISTRICT OF NEW YORK